April 1, 1968.

APPEAL No. 252. HARRY HOFFMAN d/b/a HOFFMAN'S FARM *v.* MIRIAM CHEVALIER. Reasons of appeal of appellant dismissed for failure to comply with Rule 15. *Raymond J. DiOrio,* for plaintiff. *John F. McBurney,* for defendant.

APPEAL No. 297. MARGARET C. LEMOS *v.* JOHN A. O'MALLEY, JR., BOSTON MUTUAL LIFE INSURANCE Co. and THE CITIZENS SAVINGS BANK. Reasons of appeal of appellant dismissed for failure to comply with Rule 15. *Ray H. Durfee, Sheffield & Harvey,* for plaintiff. *Beals, Sweeney & Jerue, James M. Jerue, Richard P. Kearns,* for John A. O'Malley, Jr. *Vernon A. Harvey,* for Boston Mutual Life Insurance Co., defendants.

EQ. No. 3241. VIOLET AJOOTIAN *v.* AUSTIN C. DALEY, *Director.* Reasons of appeal of appellant dismissed for failure to comply with Rule 15. *George Ajootian,* for plaintiff. *David J. Kehoe,* Assistant City Solicitor, for defendant.

April 10, 1968.

M. P. No. 258. STATE *v.* ROBERT F. CULLEN. Petition for writ of certiorari denied. *Herbert F. DeSimone,* Attorney General, *Robert L. Gammell,* Assistant Attorney General, for plaintiff. *Robert F. Cullen,* defendant, pro se.

M. P. No. 399. GERARD E. NADEAU, individually and JOHN NADEAU, p.p.a. Gerard E. Nadeau *v.* JACALYNN F. CARMODY, *alias* Jane Doe, JOHN F. CARMODY, *alias* John Doe. Motion of defendants for leave to file petition for a writ of certiorari denied without prejudice to renew on appeal, if any, the charge that Superior Court committed error. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for plaintiffs. *Keenan, Rice & Dolan, John F. Dolan,* for defendants.